CHARLES P. COX, Individually and as Executor of ADAM P. STEINERT, Deceased, Appellant, v. THE TRAVELERS'. INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.

*Cox* v. *Travelers' Ins. Co. of Hartford*, 157 App. Div. 941, affirmed.
(Argued May 5, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 14, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of accident insurance. The complaint alleges that the

decedent Steinert, on October 8, 1911, stepped on a nail, which caused a local blood poisoning in his foot, which was succeeded by a general septic condition, as a result of which he died on November 21, 1911.

*James M. E. O'Grady* and *Isaac M. Brickner* for appellant.

*Clarence P. Moser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.